IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DB COMPANIES, INC.,<br>DB MOTOR FUELS, INC.,<br>DB MARKETING COMPANY, INC.,<br>DB PROPERTIES MANAGEMENT, INC.,<br>DB TRANSPORT, INC.,<br><br>                       Debtors.[1] | Chapter 11<br><br>Case No. 04-11618 (PJW)<br><br>(Jointly Administered)<br><br><br>**Hearing Date: June 26, 2007 at 11:30 a.m.**<br>**Objections Due: June 19, 2007 at 4:00 p.m.** |

## NOTICE OF MOTION

TO: **OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL PARTIES-IN-INTEREST HAVING FILED A REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002, AND THOSE ADDITIONAL PARTIES INCLUDED ON THE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that DB Companies, Inc., for itself and as successor by merger to its subsidiaries, DB Motor Fuels, Inc., DB Marketing Company, Inc., DB Properties Management, Inc., and DB Transport, Inc. (the "Company"), filed the **MOTION FOR ENTRY OF FINAL DECREE AND RELATED RELIEF** (the "Motion").

PLEASE TAKE FURTHER NOTICE that Objections to the Motion, if any, must be filed on or before June 19, 2007 at 4:00 p.m. (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801 (the "Court"). At the same time, you must also serve a copy of the Objection upon the undersigned counsel to the Company so that the response is received on or before the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

A HEARING WILL BE HELD ON JUNE 26, 2007 AT 11:30 A.M. BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.

---

[1] On June 28, 2005, the Court entered final decrees closing the cases for the following debtors: DB Motor Fuels, Inc., DB Marketing Company, Inc., DB Properties Management, Inc. and DB Transport, Inc.

Dated: June 11, 2007

                    DB COMPANIES, INC.
                    for itself and as successor by merger
                    with the other Debtors

                    By its attorneys,

                    COHN WHITESELL & GOLDBERG LLP
                    Daniel C. Cohn
                    Nathan R. Soucy
                    101 Arch Street
                    Boston, MA 02110
                    Telephone: (617) 951-2505
                    Facsimile: (617) 951-0679
                    Email:    *soucy@cwg11.com*

                          - and -

                    *[signature]*
                    Victoria Watson Counihan (No. 3488)
                    Sandra G.M. Selzer (No. 4283)
                    GREENBERG TRAURIG, LLP
                    The Nemours Building
                    1007 North Orange Street, Suite 1200
                    Wilmington, Delaware 19801
                    Telephone:   (302) 661-7000
                    Facsimile:   (302) 661-7360
                    Email:       *counihanv@gtlaw.com*