IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DB COMPANIES, INC.,<br>DB MOTOR FUELS, INC.,<br>DB MARKETING COMPANY, INC.,<br>DB PROPERTIES MANAGEMENT, INC.,<br>DB TRANSPORT, INC.,[1]<br><br>    Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 04-11618 (PJW)<br>)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
            § SS:
NEW CASTLE COUNTY  §

  I, Elizabeth C. Thomas, hereby certify that I am at least 18 years of age and that I am employed by the firm Greenberg Traurig LLP, which is counsel for DB Companies, Inc. et. al., and on the 11th day of June 2007, I caused copies of the following to be served upon the attached Service List via Hand Delivery upon Local Counsel and via First Class, United States Mail on the remaining parties.

- Motion for Entry of Final Decree and Related Relief [Docket No. 2025
- Chapter 11 Final Report [Docket No. 2024]

Dated: June 12, 2007

                 _____
                 Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public
My Commission Expires:

BRUNA CINTORINO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 2, 2008

---

[1] Please note that on June 28, 2005, the Court entered final decrees closing the cases for the following debtors: DB Motor Fuels, Inc., DB Marketing Company, Inc., DB Properties Management, Inc. and DB Transport, Inc.

Internal Revenue Service
Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

R.I. Division of Taxation
One Capital Hill
Providence, RI 02908

Stephen L. Pearce
District Tax Attorney
NYS Dept. of Taxation and Finance, 9th Fl.
207 Genesee Street
Utica, NY 13501

Commonwealth of Massachusetts Department of Revenue
Attn: Anne Chan, Tax Examiner
Box 9564
Boston, MA 02114-9564

Carol Iancu, Assistant Attorney General
Environmental Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, Rm. 1813
Boston, MA 02108-1598

Jennifer Davis
Office of General Counsel
DEP
One Winter Street
Boston, MA 02108

Town of Hanover
Department of Public Works
550 Hanover Street
Hanover, MA 02339

Getty Realty
c/o/ Jeremy W. Ryan
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Mesirow Financial Consulting
Attn: Stephen B. Darr
265 Franklin Street, 16th Fl.
Boston, MA 02110

Sansiveri, Kimball & McNamee, L.L.P.
Attn: David H. Lichtenstein
55 Dorrance Street
Providence, RI 02903
R. I. Division of Taxation
One Capitol Hill
Providence, RI 02908

Mr. Robert L. Kliewe
DB Companies
255 Stonecliffe Aisle
Irvine CA 92603
(Debtor)

Daniel C. Cohn, Esq.
A. Davis Whitesell, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

James H. Hahn, Partner
Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mr. Robert J. Duffy
Ms. Effie Veres
FTI Consulting
125 High Street
Suite 1402
Boston, MA 02110

Thomas E. Kelso
Spencer Cavalier
Matrix Capital Markets Group, Inc.
100 South Charles Street
Suite 1350
Baltimore, MD 21201

Ian Conner Bifferato, Esq.
Joseph Koury, Esq.
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington DE 19801
(McLane)

Mr. Don Bius
GMACCM
5730 Glenridge Drive
Suite 305
Atlanta, GA 30328

Mr. Douglas Clarke
Fleet National Bank
100 Federal Street
Boston, MA 02110

David S. Berman, Esq.
Douglas Clarke, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
(Counsel to Fleet)

Andrew Rosenberg, Esq.
Elizabeth McColm, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Counsel to 1818 Mezzanine Fund, L.P.)

Office of the United States Trustee
David Klauder, Esq.
844 King Street
Room 2313
Lockbox 35
Wilmington DE 19801

Stuart M. Brown, Esq.
Edwards & Angell, LLP
919 North Market Street
14th Floor
Wilmington, Delaware 19801
(Fleet)

Gregory Hesse, Esq.
Jenkins & Gilchrist
1445 Ross Avenue
Suite 3200
Dallas TX 75202
(McLane)

Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg.
17th Floor
1000 West Street
Wilmington DE 19801
(Valero)

Michael G. Smith, Esq.
Randolph S. Meacham, PC
525 S. 30th
P O Box 1236
Clinton OK 73601
(Valero)

Alan M. Noskow, Esq.
Timothy Bryan, Esq.
Piper Rudnick LLP
1775 Wiehle Avenue
Suite 400
Reston, Virginia 20190
(GMACCM)

Anthony J. Salzarulo, Esq.
750 Old Main Street
Suite 201A
Rocky Hill, Connecticut 06067
(John Filloramo Construction)

Thomas Carlotto, Esq.
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence RI 02903
(Domestic Bank)

Jason Staib, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
(LaSalle)

Derek Abbot, Esq.
Robert Dehney, Esq.
Alicia B. Kelly, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19801
(Committee)

Paul M. Nussbaum, Esq.
Brent Strickland, Esq.
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202-1626
(Committee)

Richard D. Becker, Esq.
BECKER & BECKER
534 Greenhill Avenue
Wilmington, DE 19805
(SAAB Financial)

Regina A. Iorii
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Robert L. Rattett
Rattet & Pasternak, LLP
550 Mamaroneck Avenue
Harrison, NY 10528

| | |
|---|---|
| Jermey Ryan, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>(US Foodservice) | Eugene J. Chikowski<br>Smith Giacometti & Chikowski, LLC<br>The Land Title Building<br>100 South Broad Street, Suite 1200<br>Philadelphia, PA 19110 |
| King & Spalding<br>Barry Seidel, Esq.<br>Robert J. Stark, Esq.<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>(FleetCor Tech) | |
| Jeffrey Hall<br>Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Austin McMullen, Esq.<br>Boult Cummings Conners & Berry PLC<br>1600 Division Street<br>Suite 700<br>PO Box 340025<br>Nashville TN 37203<br>(Transaction Tracking Tech) |
| William Bowden, Esq.<br>Don A. Beskerone, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington DE 19801<br>(FleetCor Tech) | Patrick J. Sullivan<br>Coventry Office Commons<br>475 Tiogue Ave., Suite3<br>Coventry, RI 02816 |

| | |
|---|---|
| Gary P. Lightman, Esq.<br>Glenn A. Manochi, Esq.<br>Lightmans Manochi & Christensen<br>1520 Locust Street<br>12th Floor<br>Philadelphia PA 19102<br>(Trucklease Corp/AMI) | Andrew M. Gilstein<br>George J Lough, III<br>Armstrong, Gibbson & Gnys, LLP<br>155 South Main Street<br>Providence, RI 02903<br>(DeBlois') |
| Joan E. Pilver<br>Assistant Attorney General<br>P.O. Box 120<br>55 Elm Street, Fourth Floor<br>Hartford, CT 06141 | Stephen Darr<br>KPMG, LLP<br>99 High Street<br>Boston, Massachusetts 02110 |
| Larry Lattig<br>KPMG, LLP<br>717 North Harwood Street<br>Dallas, Texas 75201 | John E. West<br>Vinson & Elkins, L.L.P.<br>2300 First City Tower<br>1001 Fannin Street<br>Houston, Texas 77002 |
| Roy Die<br>RLI Insurance Company<br>8 Greenway Plaza, Suite 400<br>Houston, Texas 77040 | Elaine Z. Cole, Esq.<br>New York State Dept. of Taxation & Finance<br>340 E. Main Street<br>Rochester NY 14604 |

| | |
|---|---|
| Richard Kremen, Esq.<br>Maria Ellena Chavez-Ruark, Esq.<br>Piper Rudnick LLP<br>6225 Smith Avenue<br>Baltimore MD 21209<br>(Sara Lee Coffee & Tea) | Debra Bennett<br>IKON OFFICE SOLUTIONS RECOVERY &<br>BANKRUPTCY<br>5400 Bowman Road<br>Macon, GA 31210 |
| William Macreery, Esq.<br>McCarthy Fingar LLP<br>11 Martine Avenue<br>White Plains NY 10606<br>(PepsiCola Newburgh) | Neil Herskowitz<br>Riverside Contracting LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 |
| D. Craig Christensen, General Counsel<br>AMRESCO Commercial Finance, LLC<br>412 E Parkcenter Blvd<br>Suite 300<br>Boise ID 83706 | Andrew J. Love, Esq.<br>Shaw Pittman LLP<br>2300 N Street, NW<br>Washington DC 20037<br>(Betchar) |
| Timothy J. Chapman<br>Assistant City Solicitor<br>145 Taunton Avenue<br>East Providence, RI 02914<br>(City of East Providence, RI) | Ross G. Fingold, Esq.<br>Levy & Droney PC<br>74 Batterson Park Road<br>Farmington CT 06032<br>(Burton Cohen Trust) |

Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(Matrix Capital Market Group, Inc.)

Laura S. Mitler, Esq.
98 Elm Street
West Haven CT 06516
(Creditor George Vagenas)

Gary Ezovski
Lincoln Environmental, Inc.
333 Washington Highway
Smithfield RI 02917

Joseph Huston, Jr., Esq.
Thomas Whalen, Jr., Esq.
Stevens & Lee, PC
1105 North Market Street
7th Floor
Wilmington DE 19801
(Realty Income)

Laura King, Esq.
Realty Income Corp.
220 W. Crest Street
Escondido CA 92025

Geralyn Cook, Esq.
328 Cowesett Avenue
Suite 3
West Warwick RI 02893
(E Petrocelli)

Stacey Bloom, Esq.
James Toomey, Esq.
Murphy Hesse Toomey & Lehane
300 Crown Colony Drive, Suite 410
PO Box 9126
Quincy MA 02269

Christopher McCormick, Esq.
Steier & McCormick, LLC
56 E Main Street, Suite 4
Avon CT 06001
(Creditor – M McGunnigle)