**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
In re:                              )
                                    ) Chapter 11
DB COMPANIES, INC.,                 )
DB MOTOR FUELS, INC.,               ) Case No. 04-11618(PJW)
DB MARKETING COMPANY, INC.,         )
DB PROPERTIES MANAGEMENT, INC.,     ) (Jointly Administered)
DB TRANSPORT, INC.,                 )
                                    )
              Debtors.              )
```

**ORDER**

For the reasons set forth in the Court's letter ruling of this date, Debtors' motion (Doc. # 2034) (A) to reopen Debtors' chapter 11 case, (B) to enforce this Court's orders concerning sale of property and plan confirmation, and (C) for sanctions is denied.

　　　　　　　　　　　　　　　　　　Peter J. Walsh
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Dated: April 14, 2008